FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

November 23, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201

Dwight Lee Looney
#01978124
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

M. Shawn Matlock
The Matlock Law Firm, P.C.
777 Main St., Ste. 600
Fort Worth, TX 76102

RE:     Court of Appeals Number:   02-15-00021-CR
                                   02-15-00022-CR
                                   02-15-00023-CR
        Trial Court Case Number:   1314609D
                                   1324319D
                                   1324321D

Style:  Dwight Lee Looney
        v.
        The State of Texas

Please be advised that the State will not file a brief in this cause.

The parties will be notified when a submission date has been set.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk